AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

ORIGINAL

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 05 2006

at ___ o'clock and 40 p.M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
V.
JENNIFER LAUOFO

**WARRANT FOR ARREST**

CR02-551 HG

CASE NUMBER: 02-0922

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _JENNIFER LAUOFO_
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

KNOWINGLY AND INTENTIONALLY DISTRIBUTING COCAINE BASE, A SCHEDULE II CONTROLLED SUBSTANCE,

in violation of Title __21__ United States Code, Section(s) 841(a)(1)

KEVIN S.C. CHANG
Name of Issuing Officer

_signature_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

DECEMBER 12, 2002   HONOLULU, HAWAII
Date and Location

Bail fixed at $ TO BE DETERMINED   by _____
<br>Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04-04-04 | JAMES YUEN | _signature_ |
| DATE OF ARREST |  |  |
| 12-12-2002 |  |  |